Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PETERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC and DOES 1-10,<br><br>Defendant(s). | Case No. 1:17-cv-00499-LJO-SKO<br><br>**ORDER OF DISMISSAL**<br><br>(Doc. 25) |

On February 12, 2018, the parties filed a Joint Stipulation to dismiss the matter with prejudice as to the named plaintiff, Erika Peterson ("Plaintiff"), and without prejudice as to the Putative Class alleged in the complaint, with each party to bear its own costs and attorney's fees. (Doc. 25.)

Accordingly, this action has been dismissed with prejudice as to Plaintiff and without prejudice as to the Putative Class, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses. The Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **February 13, 2018**          /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE